WILLIAM M. GRAEBER, Appellant, *v.* FRANK G. SWART-
WOUT et al., Respondents.

*Graeber v. Swartwout,* 173 App. Div. 969, appeal dismissed.

(Submitted May 19, 1919; decided May 27, 1919.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered June 12, 1916, affirming a
judgment in favor of defendants entered upon a dismissal
of the complaint by the court at a Trial Term.

The motion was made upon the grounds of unreason-
able delay in prosecuting the appeal and that the excep-
tions were frivolous.

*F. Robert Swartwout* for motion.

*George H. D. Foster* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion, unless within ten days appel-
lant serves three printed copies of case on appeal, in which
case motion is denied, without costs.

---

WILLIAM L. GOELTZ, Respondent, *v.* KEEPSDRY CON-
STRUCTION COMPANY et al., Appellants, and A. PARDI
TILE COMPANY et al., Respondents, Impleaded with
Others.

(Submitted May 19, 1919; decided May 27, 1919.)

Motion by A. Pardi Tile Company to amend remittitur
denied, without costs. (See 226 N. Y. 618.)

---

In the Matter of the Probate of the Will of SOPHIE K.
BLANKEMEYER, Deceased.

ANNA HABERLE et al., Appellants; CASPAR J. BLANKE-
MEYER et al., Respondents.

(Submitted May 19, 1919; decided May 27, 1919.)

Motion to amend remittitur denied, without costs.
(See 226 N. Y. 638.)